# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Jorge Bladimir Beltran–Herrera and Ana Luz Beltran | **Case No :** | **10–39144 – B – 13J** |
| | | **Date :** | 11/2/10 |
| | | **Time :** | 09:32 |

**Matter :** [27] – Motion/Application to Confirm/Modify Chapter 13 Plan [SAC–1] Filed by Joint Debtor Ana Luz Beltran, Debtor Jorge Bladimir Beltran–Herrera (jrus)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

The matter was unopposed. Due to the size of the three related calendars (282 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is granted, and the amended plan filed September 17, 2010 will be confirmed.

Counsel for the debtors shall submit an order confirming the plan using EDC form 3–081–03 (Rev. 7/1/03) that conforms to the court's ruling and which has been approved by the trustee. The title of the order shall include a specific reference to the filing date of the amended plan.

Dated: November 08, 2010

Thomas C. Holman
United States Bankruptcy Judge